```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ABC
                        Plaintiff,

    v
                                              ORDER
DEF
                        Defendant,          06 Civ 7791 (LBS)



------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-10

SAND, J.

    The Clerk of the Court is directed to close this case.

SO ORDERED,
Dated: Febr. 9, 2010
New York, N.Y.

_____
U. S. D. J.