```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY MUTUAL INSURANCE CO. et al.,

        Plaintiffs,

v.

WEIL GOTSHAL & MANGES LLP,

        Defendant.

**ORDER**

No. 06 Civ. 7791 (LBS)

SAND, J.

    On September 28, 2006, Plaintiffs filed this suit. On that same day, the Honorable Gerard E. Lynch, serving as Part I Judge, signed an order sealing the summons and complaint in this case for 150 days. Following a series of stipulated delays, we signed a stipulation dismissing the case with prejudice on June 28, 2007.

    On December 11, 2012, we closed the case and ordered that the parties express any objections they had to unsealing the case within thirty days. Having received no objections, we now direct the Clerk of Court to unseal the case. The case remains closed.

SO ORDERED.

Dated: April 30, 2013
New York, NY

                                                                                       U.S.D.J.